Stephanie L. Cooper, Esquire
Nevada Bar No. 5919
Michael W. Chen, Esquire
Nevada Bar No. 7307
THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm
820 South Valley View Blvd.
Las Vegas, NV 89107
(702) 435-4175/(702) 435 4181 (facsimile)
Loan No. ******2268/ Our File No. 09-10-20470

Attorney for Secured Creditor
Aurora Loan Services, LLC

ECF FILED ON:
NOV 09 2009

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

AMALIA FLORES,
RAMON FLORES

Debtor(s)

CHAPTER 13
BANKRUPTCY NO.: 09-28590-MKN

### REQUEST FOR SPECIAL NOTICE AND REQUEST TO BE ADDED TO THE MASTER MAILING LIST

TO: **AMALIA FLORES and RAMON FLORES** — DEBTORS
TO: **Jorge L. Sanchez, Esq.** — ATTORNEY FOR THE DEBTOR(S)
TO: **Rick A. Yarnall** — CHAPTER 13 TRUSTEE
TO: **ALL INTERESTED PARTIES**
TO: **THE CLERK OF THE ABOVE ENTITLED COURT**

**NOTICE IS HEREBY GIVEN that Aurora Loan Services, LLC**, as a Secured Creditor in the above-entitled action requests that the above-captioned address of its attorney of record be added to the master mailing list in this case and that its attorney receive notice of all proceedings in this matter.

Date: November 6, 2009

/s/ Michael W. Chen
Michael W. Chen, Esquire
Attorney for Secured Creditor
Aurora Loan Services, LLC

- 1 -

## CERTIFICATE OF SERVICE

The undersigned hereby declares and certifies that on November 6, 2009, a copy of the Secured Creditors REQUEST FOR SPECIAL NOTICE was served on the following parties by electronically mailing to:

COUNSEL FOR DEBTOR(S)  
Jorge L. Sanchez, Esq.  
jsanchez@sanchezlawgroup.net

TRUSTEE  
Rick A. Yarnall  
Ray13mail@lasvegas13.com

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Yvette Deriada*  
An employee of THE COOPER CASTLE LAW FIRM